JEREMIAH O'NEIL, Appellant, *v.* WILLIAM H. HOOVER, Respondent.

(Argued June 29, 1883; decided October 2, 1883.)

*Samuel Hand* for appellant.

*Horace Russell* for respondent.

Agree to dismiss appeal; no opinion.

All concur, except ANDREWS, J., absent.

Appeal dismissed.